# 09 CV 2364

WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095
732-636-8000
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

**PHILIP POLITZINER AND GLENNIS POLITZINER,**

          Plaintiffs,

     v.

**CRP/EXTELL PARCEL I, L.P.,**

          Defendant.

-----------------------------------------------------X

**RULE 7.1 DISCLOSURE STATEMENT**

RECEIVED
MAR 13 2009
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Philip Politziner and Glennis Politziner are individuals and not corporate entities.  Consequently, there are no corporate parents, affiliates and/or subsidiaries of said parties.

WILENTZ, GOLDMAN & SPITZER P.A.
*Attorneys for Philip Politziner and Glennis Politziner*

By:_____
    ALAN WASSERMAN
Attorney Bar Code:  AW3667

Dated:  March 13, 2009

#3147341 (152509.001)