Bruce H. Schneider
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
PHILIP POLITZINER AND GLENNIS          :
POLITZINER,                             :
                                        :
                Plaintiffs,             :
                                        :   09-Civ.-2364 (SHS)
v.                                      :
                                        :
CRP/Extell PARCEL I, L.P.,              :   **STIPULATION TO STAY**
                                        :   **PROCEEDINGS**
                Defendant.              :
------------------------------------------------------- x

WHEREAS, plaintiffs commenced this action on March 13, 2009;

WHEREAS, on or about August 5, 2009 plaintiffs also filed an application for a refund of down payment ("Plaintiffs' Application") with the Office of the New York State Attorney General ("Attorney General's Office"), which relief is, in substantial part, duplicative of the principal relief sought in this action;

WHEREAS the parties believe that simultaneous proceedings in this court and before the Attorney General's Office would be duplicative and wasteful;

NOW IT THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel for all the parties, that:

1. This action is stayed until the later of (i) 150 days after the determination by the Attorney General Office of Plaintiffs' Application; or (ii) a final judgment in any Article 78

NY 72283083v1

proceeding to review the determination of the Attorney General's Office of Plaintiffs Application; and

   2.   This action may, in the interim, be transferred to the inactive docket of the Court.

Dated: New York, New York
       September 11, 2009

STROOCK & STROOCK & LAVAN LLP

By: _____
    Bruce H. Schneider

*Attorneys for Defendant, CRP/Extell PARCEL I, L.P*

180 Maiden Lane
New York, New York 10038
(212) 806-5636

WILENTZ GOLDMAN & SPITZER P.A.

By: _____
    Alan Wasserman
    Lawrence Weiner

*Attorneys for Plaintiffs Philip Politziner and Glennis Politziner*

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(212) 806-5636

SO ORDERED 9/15/09

_____
U.S.D.J.

[Handwritten order: This action is transferred to the inactive docket of this Court. Plt is directed to inform the Court in writing every 6 months starting Dec 1, 2009 as to the status of the application before the N.Y. Attorney General]

-2-

NY 72283083v1